[No. 42529-3-I.     Division One.     June 14, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIO
BOBADILLA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-8-00833-6, John M. Darrah, J., entered April
15, 1998. *Dismissed* by unpublished per curiam opinion.


[No. 42598-6-I.     Division One.     June 14, 1999.]

TERESA VERHEY, *Appellant*, v. THE CITY OF EDMONDS, ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 97-2-01667-1, Charles S. French, J.,
entered March 26, 1998. *Affirmed* by unpublished opinion
per Appelwick, J., concurred in by Coleman and Webster,
JJ.


[No. 42653-2-I.     Division One.     June 14, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE
MACKLIN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-09540-5, Dale B. Ramerman, J., entered
May 11, 1998. *Affirmed* by unpublished per curiam opinion.


[No. 42709-1-I.     Division One.     June 14, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN
BYRON CAMPBELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-01110-2, Richard M. Ishikawa, J., entered
May 18, 1998. *Dismissed* by unpublished per curiam
opinion.